United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___17___ CV __2532 (FB)(SMG)__

indicated that this case is related to the following case(s):

___16-cv-641 (JMA)(AKT)___