

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY  11747

May 17, 2017

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Adkins, et al., v. Garda CL Atlantic, Inc.*
       Docket No. 17-cv-02532 (JMA)(AKT)

Dear Judge Azrack:

This firm represents Defendant Garda CL Atlantic, Inc. (hereinafter, the "Defendant"), in the above-referenced case. We write with consent of Plaintiff's counsel to request an extension of time for Defendant to move against, answer or otherwise respond to the Complaint to June 28, 2017. The extension of time is needed to investigate and respond to the allegations in the Complaint, which was filed by 28 individually named Plaintiffs.

Thank you for your consideration of this request.

Very truly yours,

LITTLER MENDELSON, P.C.

Lisa M. Griffith

LMG

littler.com