# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  5/17/2017          TIME:  2:30 PM          TIME IN COURT:   30 min.

CASE:  **CV 16-641 (JMA)(AKT)**    D'Aquino et al.  v. Garda CL Atlantic, Inc.
            **CV 17-2532 (JMA)(AKT)**    Adkins et al.  v. Garda CL Atlantic, Inc.

APPEARANCES:     For Plaintiff:         Steven Moser (16-641), Ann Ball (17-2532)

                                    For Defendant:       Lisa Griffith

FTR:  2:26-2:41

**FILED
CLERK**

5/17/2017 2:47 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☐ Next conference scheduled on
- ☒ Other:  Cases to be consolidated under the first filed case number 16-cv-641.  Case 17-cv-2532 to be marked as closed.  Rulings set forth on the record.