# MOSER LAW FIRM, P.C.

### WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ.
smoser@moseremploymentlaw.com

3 SCHOOL STREET, SUITE 207B
GLEN COVE, NEW YORK  11542

TEL (516) 671.1150
FAX (516) 882-5420

September 26, 2017

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

> **Re:   Dennis L. D'Aguino, et al. v.  Garda CL Atlantic, Inc.**
> **Index No. 16-cv-00641(JMA)(AKT)**
> **Our File No. 15-FLSA-0035**

Dear Judge Azrack:

      I represent the plaintiffs in the above referenced action.  I respectfully request to be excused from the pre-motion conference scheduled for September 27, 2017 at 3 pm.   The reason for this request is that Defendants' motion is not directed to our pleading, but to the pleading in the matter that was removed from the New York State Supreme Court.

      Respectfully,

      /s/

      Steven J. Moser