# CIVIL CAUSE FOR STATUS CONFERENCE (Tel BK)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/20/2019          TIME:  2:00 PM          TIME IN COURT: 10 min.

CASE:   **Tanza, et al. v. Garda CL Atlantic, Inc.**
**2:15-cv-04394-JMA-AKT & 2:17-cv-03185-JMA-AKT**
**D'Aguino, et al. v. Garda CL Atlantic, Inc.**
**2:16-cv-00641-JMA-AKT**
**Adkins, et al. v. Garda CL Atlantic, Inc.**
**2:17-cv-2532-JMA-AKT**

**FILED**
**CLERK**
6/20/2019 3:37 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:   For Tanza Plaintiffs: no appearance
For Tanza Defendant: Jessica Travers
For D'Aguino/Adkins Plaintiffs: Steven Moser, Ann Ball
For D'Aguino/Adkins Defendant: Lisa Griffith

FTR:

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for  .
- ☐ A telephone status conference is scheduled for .
- ☒ Other:  Mediation is scheduled for <u>September 9, 2019</u>.  The parties are ordered to appear on that date and participate in the mediation in good faith.  Counsel for the Estate of Plaintiff Barry S. Dubrow is directed to file the unopposed motion to substitute by <u>June 27, 2019</u>.  Defendant's motion to dismiss Dubrow is held in abeyance and shall not be filed on the docket without further leave from the Court.