

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
lgriffith@littler.com

August 26, 2019

**VIA ECF**

Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Dennis L. D'Aguino, et al., v. Garda CL Atlantic, Inc*.
Docket No. 16-cv-00641 (JMA)(AKT)

*Jimmy L. Adkins, et al., v. Garda CL Atlantic, Inc*.
Docket No. 17-cv-2532 (JMA)(AKT)

Dear Judge Azrack:

This firm represents Defendant Garda CL Atlantic, Inc. ("Defendant") in the above-referenced consolidated actions.  We write on behalf of all Parties, pursuant to Your Honor's Order requiring the Parties to advise the Court, by today, of the mediation date for these matters.  We have been advised that the mediator, Martin Scheinman is on vacation and, therefore, we have not been able to secure a date for the mediation yet.  Accordingly, the Parties respectfully request an extension of time until Friday, August 30, 2019 to provide the Court with the date selected for the mediation.

Thank you for the Court's consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *Lisa M. Griffith*

Lisa M. Griffith
Daniel Gomez-Sanchez

CC:   All Counsel of Record (*via ECF*)