

MOSER LAW FIRM, P.C.

516.671.1150

January 9, 2020

VIA ECF

Hon. Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *D'Agunio v. Garda CL Atlantic, Inc.,* 2:15-cv-04394-JMA-AYS

Dear Judge Azrack:

    I represent the Plaintiffs in the above referenced matter. I recently received the following email from Donald Hess, which he asked me to convey to the Court:

*My name is Donald Hess and I worked for Garda for 10 years. I am asking the courts to expedite this matter as soon as possible as this is been going on for almost 5 years. My wife has been disabled since 2006. I have had many medical out-of-pocket expenses some of which I will be reimbursed for and others I won't. We are trying to move out of state and relocate for her health reasons, and are depending on the settlement to help with the move. If there is anything the courts can do it would be much appreciated as also I make too much money for my wife to be eligible for Medicaid, and not enough to buy health insurance through my job as it is very expensive. I have my own issues as a veteran and cannot rely on the VA to assist me. Please do what you can.*

*Thank you in advance,*

*Donald Hess.*

                                                                          Respectfully submitted,

                                                                          Steven John Moser

3 SCHOOL STREET, SUITE 207B, GLEN COVE, NEW YORK 11542
WWW.MOSEREMPLOYMENTLAW.COM