

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
lgriffith@littler.com

January 28, 2020

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Dennis L. D'Aguino, et al., v. Garda CL Atlantic, Inc*.
Docket No. 16-cv-00641 (JMA)(AKT)

*Jimmy L. Adkins, et al., v. Garda CL Atlantic, Inc*.
Docket No. 17-cv-2532 (JMA)(AKT)

Dear Judge Azrack:

This firm represents Defendant Garda CL Atlantic, Inc. ("Defendant") in the above-referenced consolidated actions. We write to move to strike the "Notice of Appearance of Co-Counsel" filed by Steven Moser in the *Adkins* case. As the Court is aware, Mr. Moser filed an improper "Notice of Consent to Change Attorney" on January 23, 2020, which we opposed on January 24, 2020.

Without receiving a ruling from the Court, Mr. Moser filed a "Notice of Appearance of Co-Counsel", in which he purports to "co-represent" the *Adkins* plaintiffs. Defendant objects to, and moves to strike the Notice of Appearance of Co-Counsel, as it appears to be an attempt by counsel to avoid having to follow the proper procedural mechanism to substitute Mr. Moser for Ms. Ball as counsel for the *Adkins* plaintiffs.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *Lisa M. Griffith*

Lisa M. Griffith