UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY L. ADKINS, NANCY F. DEBE, JEAN-PARNELL LOUIS,<br><br>Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>Defendant. | Docket No.: 16 Civ. 00641 (JMA)(AKT)<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties listed above, and ordered by the Court, that the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the New York Labor Law, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: ~~October~~ January 27, 2020

LAW OFFICE OF ANN BALL, P.C.

By: Ann Ball

357 Veterans Memorial Highway
Commack, New York 11725
(631) 864-8700

*Attorneys for Plaintiffs*

Dated: ~~October~~ January 27, 2020

LITTLER MENDELSON, P.C.

By: Lisa M. Griffith

290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Joan M. Azrack