UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

                                                    Plaintiffs,


                        -against-


Garda CL Atlantic, Inc.


                                                    Defendant.

## AMENDED STIPULATION AND PROPOSED ORDER

## FOR SUBSTITUION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, that subject to the approval of the Court, the Moser Law Firm, P.C.("Steven J. Moser") is hereby substituted in place of the Law Office of Ann Ball,· P .C. ("Ann Ball"), as counsel of record for the following Plaintiffs.

1. Kerem Bay
2. Lana Bongiovi
3. Angelo Carpola
4. Alexander Cioffi
5. Patrick H. Crain
6. David Cronk
7. Dennis Delucie
8. Charles J. Engel
9. Matthew Farrell
10. Benny Failla
11. Robert J. Giani
12. John R. Lackenbauer
13. William J. Maher
14. Michael G. McDowell
15. John Rossi
16. Gary E. Sobek
17. Damian Sobers
18. Cynthia Torres

Consent to substitution forms signed by the above referenced plaintiffs are annexed to this Stipulation as Exhibit A.

LAW OFFICE OF ANN BALL, P.C.

By: _____
Ann Ball, Esq.
357 Veterans Memorial Highway
Commack, NY 11725
Tel.: 631-864-8700
*Outgoing*

MOSER LAW FIRM, P.C.

By: _____
Steven J. Moser, Esq.
5 East Main Street
Huntington, NY 11743
Tel.: 516-671-1150
*Incoming*

**SO ORDERED:**

_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February 3, 2020

_____
Kerem Bay

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kevan Bay, Lana Bongiovi, Clement Campbell,
Angelo Coppola, Alexander Cioffi, Patrick H. Cruse, David Cronk,
Nancy F. Debe, Dennis Delaci, Charles J. Engel, Matthew Farrell,
Bennie Fatila, Robert J. Giani, John R. Luckenbauer, Jean-Parnell
Louis, William J. Maher, Michael G. McDowell, John Rossi,
William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian
Sobers, Carmela Szymanski, Anthony Tanca and Cynthia Torres,

Case No. 16-CV-00641
(JMA)(AKT)

                                              Plaintiffs,

                    -against-

Gaeda Ct. Atlantic, Inc.

                                              Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm,

PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced

matter.

Dated: February 12, 2020

                                        _Lana Bongiovi_
                                        Lana Bongiovi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell,
Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk,
Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell,
Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell
Louis, William J. Maher, Michael G. McDowell, John Rossi,
William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian
Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,

Case No. 16-CV-00641
(JMA)(AKT)

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm,

PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced

matter.

Dated: February _10_, 2020

_____
Angelo Caropola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February 28 , 2020

_____

Alexander Cioffi

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell,
Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk,
Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell,
Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell
Louis, William J. Maher, Michael G. McDowell, John Rossi,
William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian
Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,

Case No. 16-CV-00641
(JMA)(AKT)

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm,

PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced

matter.

Dated: February _11_, 2020

Patrick Crain

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |
|---|---|
| Plaintiffs, | |
| -against- | |
| Garda CL Atlantic, Inc. | |
| Defendant. | |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _12_, 2020

_____
David L. Cronk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.<br><br>Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February 3, 2020

_____
Dennis J. Delucie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, <br><br> Plaintiffs, <br><br> -against- <br><br> Garda CL Atlantic, Inc. <br><br> Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _10_, 2020

_Charles J Engel_
Charles J. Engel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.<br><br>Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February __4__ , 2020

_____
Benny Failla

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>                                                   Plaintiffs,<br><br>                          -against-<br><br>Garda CL Atlantic, Inc.<br><br>                                                   Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February  12 , 2020

_Matthew Farrell_
Mathew  Farrell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _//_, 2020

_Robert Giani_ (signature)

Robert  Giani

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,

Case No. 16-CV-00641 (JMA)(AKT)

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _12_, 2020

_John R. Lackenbauer_
John R. Lackenbauer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _1_, 2020

_William Maher_

William Maher

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February __3__, 2020

_____
Michael G. McDowell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February _3_, 2020

John Rossi

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell,
Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk,
Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell,
Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell
Louis, William J. Maher, Michael G. McDowell, John Rossi,
William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian
Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,

Case No. 16-CV-00641
(JMA)(AKT)

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm,

PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced

matter.

Dated: February 13, 2020

Gary Sobek

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,

Plaintiffs,

-against-

Garda CL Atlantic, Inc.

Defendant.

Case No. 16-CV-00641 (JMA)(AKT)

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February 22, 2020

_____
Damian Sobers

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, | Case No. 16-CV-00641 (JMA)(AKT) |
|---|---|
| Plaintiffs, | |
| -against- | |
| Garda CL Atlantic, Inc. | |
| Defendant. | |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: February __, 2020

_____
Cynthia Torres